UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22798-RNS

BISMARK A BATRES and all others )
similarly situated under 29 U.S.C. 216(B), )
)
Plaintiff, )
vs. )
)
DINAMIC SOUND ON WHEELS INC., )
d/b/a AUTO GLASS "R" US, )
ALFONSO LAZARO, )
)
Defendants. )
)

### PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described

Statement of Claim as follows:

**Half-time Overtime Claim (7/10/15-7/6/17):**
Amount of half time per hour not compensated: $6.73
Weeks: 103
Overtime hours per week: 12
Total wages unpaid and liquidated damages: $8,318.28 X 2 = $16,636.56

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one-half overtime damages for any completely unpaid overtime wages, should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 8/3/17**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.**