# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BISMARK A BATRES and all others similarly situated under 29 U.S.C. 216(B), <br><br> Plaintiff, <br><br> vs. <br><br> DINAMIC SOUND ON WHEELS INC., d/b/a AUTO GLASS "R" US, ALFONSO LAZARO, <br><br> Defendants. | 1:17-cv-22798-RNS |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
DINAMIC SOUND ON WHEELS INC., d/b/a AUTO GLASS "R" US
Registered Agent: Alfonso Lazaro
1495 NW 119th St.
Miami, FL 33167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/26/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   17-22798

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dynamic Sanded Wheels, Inc

was received by me on *(date)* 7/26/17

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alex Meana (?), who is
designated by law to accept service of process on behalf of *(name of organization)* Dynamic
Sanded Wheels, Inc on *(date)* 8/1/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 8/1/17

_____
Server's signature

FRANK AYLLON
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| BISMARK A BATRES and all others similarly situated under 29 U.S.C. 216(B), | ) ) ) | 1:17-cv-22798-RNS |
| Plaintiff, vs. | ) ) ) ) | |
| DINAMIC SOUND ON WHEELS INC., d/b/a AUTO GLASS "R" US, ALFONSO LAZARO, | ) ) ) ) | |
| Defendants. | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ALFONSO LAZARO
1495 NW 119th St.
Miami, FL 33167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/26/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

/36

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  17- 22798

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alfonso Ferrero

was received by me on *(date)* 7/26/17

☒ I personally served the summons on the individual at *(place)* 1495 NW 119 St

Miami, F/L on *(date)* 8/1/17 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 8/1/17

Server's signature

FRANK AYLLON
Printed name and title

Server's address

Additional information regarding attempted service, etc: