UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-22798-RNS

BISMARK A BATRES and all others
similarly situated under 29 U.S.C. 216(B),

    Plaintiff,

vs.

DINAMIC SOUND ON WHEELS, INC.,
d/b/a AUTO GLASS "R" US, ALFONSO
LAZARO,

    Defendants.
_____/

## ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL

COME NOW the Defendants, DINAMIC SOUND ON WHEELS, INC. d/b/a AUTO GLASS "R" US and ALFONSO LAZARO, by and through undersigned counsel, and state the following as and for its Answer and Affirmative Defenses:

1. Denied.

2. Without knowledge, therefore, denied.

3. It is admitted that Defendant, DINAMIC SOUND ON WHEELS, INC. d/b/a AUTO GLASS "R" US, is a corporation that regularly transacts business within Dade County. The balance of the allegation in Paragraph 3 is denied.

4. It is admitted that Defendant, ALFONSO LAZARO, is a corporate officer and/or owner and/or manager of the Defendant corporation who ran the day-to-day operations during the relevant time period. It is denied that the individual Defendant was responsible for paying Plaintiff's wages for the relevant time period and controlled Plaintiff's work and schedule. It is

Case No. 1:17-cv-22798-RNS

further denied that the individual Defendant is Plaintiff's statutory employer as alleged.

5. It is denied that there were any acts or omissions justifiably giving rise to this dispute. However, it is admitted that all interactions between the Plaintiff and the named Defendants occurred in Miami-Dade County, Florida.

6. Denied.

7. It is admitted as alleged that the Court has jurisdiction.

8. It is admitted that Plaintiff has in part quoted from the United States statute in question.

9. It is denied that Plaintiff worked for the individual Defendant, however, he was working as an independent contractor for a time frame reflected in the corporate Defendant's records.

10. Without knowledge, therefore, denied.

11. It is admitted that Defendants from time to time employed two employees but not necessarily on a regular basis during the relevant time frame.

12. Denied.

13. This accounting has not been performed to date and therefore, the allegation cannot be admitted or denied.

14. Denied.

15. Denied.

Case No. 1:17-cv-22798-RNS

## **AFFIRMATIVE DEFENSES**

1. The Defendants, DINAMIC SOUND ON WHEELS, INC. d/b/a AUTO GLASS "R" US and ALFONSO LAZARO, were not "statutory" employers of the Plaintiff.

2. Gross revenues of the corporate Defendant failed to meet or exceed the statutory threshold.

3. At all times material, the Plaintiff was paid in accordance with and consistent with applicable federal statutes.

## **DEMAND FOR JURY TRIAL**

WHEREFORE, Defendants, DINAMIC SOUND ON WHEELS, INC. d/b/a AUTO GLASS "R" US and ALFONSO LAZARO, demand judgment against Plaintiff, BISMARK A BATRES, and further demand trial by jury of all issues triable as of right by a jury.

Respectfully submitted,

LAW OFFICES OF
MICHAEL SETH COHEN, P.A.
Counsel for Defendants
255 Alhambra Circle, Suite 700
Coral Gables, FL 33134
Telephone: (305) 448-7676
Fax: (305) 448-8773
Email: mc@msc-law.com; dn@msc-law.com

By: /s/ Michael Seth Cohen
    MICHAEL SETH COHEN
    Florida Bar No. 236748

Case No. 1:17-cv-22798-RNS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on August 17, 2017 on all counsel of record in the manner indicated on the Service List below.

/s/ Michael Seth Cohen
MICHAEL SETH COHEN

## SERVICE LIST

Counsel for Plaintiff:

J.H. Zidell, Esquire
J.H. Zidel, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Fax: (305) 865-7167
E-mail: zabogado@aol.com
Electronic service

Counsel for Defendants:

Michael Seth Cohen, Esquire
Michael Seth Cohen, P.A.
255 Alhambra Circle, Suite 700
Coral Gables, FL 33134
Telephone: (305) 448-7676
Fax: (305) 448-8773
Email: mc@msc-law.com
No service necessary